# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DuraBan International, Inc., | Civil No. 08-4891 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Chris Heller, Lance Harshbarger, Chris Montell, Pat Connelly, and Mold Solutions Worldwide, LLC., a Kansas limited liability company, | |
| Defendants. | |

Based on the parties' Stipulation for Dismissal Without Prejudice (Doc. No. 6), **IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**, without costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 19, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
